IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

SHIRLEY ASHLEY, Individually
and as Administrator of the
Estate of CHARLES A. ASHLEY,

    Plaintiff,

    v.

A.W. CHESTERTON COMPANY et al.,

    Defendants.

CV 317-062

**O R D E R**

Presently before the Court is Plaintiff's notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 89.) Because Plaintiff filed her notice prior to Defendant filling an answer or a motion for summary judgment, the dismissal is proper. The Court **ORDERS** the Clerk to **CLOSE** this case and **TERMINATE** all deadlines with respect to defendant A.W. Chesterton Company only.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA