**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

SHIRLEY ASHLEY, Individually
and as Administrator of the
Estate of CHARLES A. ASHLEY,

    Plaintiffs,

        v.

A.W. CHESTERTON COMPANY *et
al.*,

    Defendants.

CV 317-062

---

**O R D E R**

---

Presently before the Court is a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by Plaintiff and Defendant Crane Company. (Doc. 106.) Accordingly, Plaintiff's action against Crane Company is **DISMISSED WITH PREJUDICE**. The Clerk **SHALL CLOSE** this case and **TERMINATE** all deadlines with respect to Defendant Crane Company only.

    **ORDER ENTERED** at Augusta, Georgia, this ⎯⎯ day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA