IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| SHIRLEY ASHLEY, Individually and as Administrator of the Estate of CHARLES A. ASHLEY, | * * * * * | |
| | * | CV 317-062 |
| Plaintiffs, | * * | |
| v. | * * | |
| A.W. CHESTERTON COMPANY, et al., | * * * | |
| Defendants. | * * | |

## O R D E R

Before the Court is a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by Plaintiff and Defendant Honeywell International Inc. (Doc. 108.) Accordingly, Plaintiff's action against Honeywell International is **DISMISSED WITHOUT PREJUDICE**. The Clerk **SHALL CLOSE** this case and **TERMINATE** all deadlines with respect to Defendant Honeywell International Inc. only.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA